# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>                Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>                Defendant. | Case No.: 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

To:    Stephen J. Fearon, Jr.
        Paul Sweeny
        **SQUITIERI & FEARON, LLP**
        2600 Kennedy Boulevard
        Jersey City, New Jersey 07306

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, in accordance with the briefing schedule set forth in the Court's Seventh Amended Pretrial Scheduling Order, the undersigned shall apply to the Honorable Jamel K. Semper, U.S.D.J. at 50 Walnut St, Newark, New Jersey 07101, on Monday, October 6, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order Granting Defendant's Motion for Summary Judgment and Dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, Defendant shall rely upon the following: (1) Defendant's Memorandum of Law; (2) Defendant's Statement of Undisputed Material Facts; (3) Declaration of Reynold

Lambert; (4) Declaration of Jason Gibbs; (5) Declaration of Alfonso Valecillos; (6) Declaration of Joel DeKoven, MD, MHSC, FRCPC; (7) Declaration of Ernest S. Fung, PH.D., DBAT, and all exhibits thereto, which are being submitted herewith; (8) Proposed Order; and (9) Certificate of Service.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument in the event this motion is opposed.

**LOWENSTEIN SANDLER LLP**

*s/Reynold Lambert*
Reynold Lambert
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendant*

Dated: June 30, 2025