# Defendant's Memorandum of Law In Support of Motion for Summary Judgment

## ** Filed Under Seal **
## (Placeholder)