# Defendant's Statement of Material Facts Not in Dispute

# ** Filed Under Seal **
# (Placeholder)