# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HOLLY SCHAFER, <br><br> Plaintiff, <br><br> -against- <br><br> CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA, <br><br> Defendant. | Case No. 2:23-cv-00348-JKS-MAH <br><br> Civil Action <br><br> **DECLARATION OF REYNOLD LAMBERT, ESQ.** |

I, **REYNOLD LAMBERT**, hereby declare as follows:

1.　　I am a partner at the law firm of Lowenstein Sandler LLP, which represents Defendant Conopco, Inc. ("Unilever").  I submit this Declaration in support of Defendant's Motion for Summary Judgment and Motion to Preclude Plaintiff's Expert From Testifying at Trial, and to attach certain documents relevant to those Motions.

2.　　Attached hereto as **Exhibit A** is a true and correct copy of the expert report authored by Plaintiff's expert, Dr. Marc Serota (the "Serota Report").

3.　　Attached hereto as **Exhibit B** is a true and correct copy of the transcript from Plaintiff's deposition taken on January 10, 2024.  Plaintiff designated the transcript as Confidential.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the transcript from the deposition of Dr. Donna Gavarone taken on December 18, 2023.  Plaintiff designated the transcript as Confidential.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the transcript from Dr. Serota's deposition taken in *Candelaria v. Conopco, Inc. d/b/a Unilever Home & Personal Care USA*, No. 1:21-cv-06760-FB-TAM (E.D.N.Y.) (the "*Candelaria* Action") on January 31, 2025.  Plaintiff's counsel designated the transcript as Confidential.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the transcript from Dr. Serota's deposition taken in *Detmar v. Unilever United States, Inc.*, No. BER-L-2399-21 (the "*Detmar* Action") on April 5, 2024.   Plaintiff's counsel designated the transcript as Confidential.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the transcript from Dr. Serota's deposition taken in *Hossain v. Unilever United States, Inc.*, No. 1:21-cv-02833-FB-RLM (E.D.N.Y.) (the "*Hossain* Action") on May 12, 2023. Plaintiff's counsel designated the transcript as Confidential.

8.      As per the above, Dr. Serota has been deposed three times in three substantially similar cases prosecuted by Plaintiff's counsel: (1) on May 12, 2023, in the *Hossain* Action pending in the Eastern District of New York; (2) on April 5, 2024, in the *Detmar* Action, which was pending in the Superior Court of New Jersey

but has since been dismissed; and (3) on January 31, 2025, in the *Candelaria* Action pending in the Eastern District of New York. Dr. Serota's deposition in the *Candelaria* Action also specifically addressed his opinions in both this action and in the matter captioned *Maddox v. Conopco, Inc.*, No. 2:23-cv-00293-JKS-MAH, which is also currently pending before this Court. For the sake of efficiency, the parties agreed that Unilever may use Dr. Serota's deposition transcripts in each of the related actions, including this one.

9.       In this action, Plaintiff relied on discovery requests propounded in other actions, including in the *Detmar* Action. Attached hereto as **Exhibits G and H** is a true and correct copy of the *Detmar* Plaintiff's First Request for Production of Documents dated July 21, 2021, and the *Detmar* Plaintiff's Second Request for Production of Documents dated August 30, 2022, respectively.

10.      Plaintiff also supplemented prior discovery requests with one additional set in this action. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiff's First Request for Production of Documents dated May 30, 2023.

11.      Given the scope of the Complaint, discovery from Plaintiff focused on DMDM hydantoin, not methylchloroisothiazolinone / methylisothiazolinone ("MCI/MI"). Attached hereto as **Exhibit J** is a true and correct copy of Defendant's First Demand for Production of Documents dated June 1, 2023. During Plaintiff's deposition, she was asked questions about only DMDM hydantoin, not MCI/MI.

12.     Attached hereto as **Exhibit K** is a true and correct copy of the publication titled *Final Report on the Safety Assessment of Methylisothiazolinone and Methylchloroisothiazolinone*, authored by the Cosmetic Ingredient Review Expert Panel and published in the *Journal of the American College of Toxicology*, Volume 11, Number 1 (1992).  This publication is cited on pages 13 and 14 of the Serota Report, which is attached hereto as Exhibit A.  This publication is also cited in (1) the expert report of Ernest S. Fung, Ph.D., DABT (the "Fung Report"), including on pages 4-20, 4-21, 5-37, and 5-38, and (2) the expert report of Joel G. DeKoven MD, MHSC, FRCPC (the "DeKoven Report"), including on pages 27 and 40.[1]

13.     Attached hereto as **Exhibit L** is a true and correct copy of the publication titled *Final Report on the Safety Assessment of DMDM Hydantoin*, authored by the Cosmetic Ingredient Review Expert Panel and published in the *Journal of the American College of Toxicology*, Volume 7, Number 3 (1988).  This publication is cited in (1) the Fung Report, including on pages 4-1, 4-2, 5-37, and 5-38, and (2) the DeKoven Report, including on pages 25 and 40.

---

[1] The Fung Report is attached as Exhibit A to Dr. Fung's Declaration, while the DeKoven Report is attached as Exhibit A to Dr. DeKoven's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.


                                         *s/Reynold Lambert*
                                         Reynold Lambert

Dated: June 30, 2025