# EXHIBITS A – F to Declaration of R. Lambert

# ** Filed Under Seal **
# (Placeholder)