# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAMIE MADDOX,<br><br>Plaintiff,<br><br>vs.<br><br>CONOPCO, INC d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>Defendant. | Case No.: 2:23-cv-00293-KM-MAH |
| HOLLY SCHAFER,<br><br>Plaintiff,<br><br>vs.<br><br>CONOPCO, INC d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>Defendant. | Case No.: 2:23-cv-00348-KM-MAH |

**PLAINTIFFS' FIRST REQUEST FOR**
**PRODUCTION OF DOCUMENTS**

Plaintiffs hereby request that Defendant responds separately to the requests for production of documents propounded herein, at the offices of Squitieri & Fearon LLP, 305 Broadway, New York, New York 10007 on June 30, 2023 in the manner required by Federal Rules of Civil Procedure 26 and 34, and the Local Civil Rules of the District Court of New Jersey.

These document requests are continuing in nature and must be supplemented as required by Federal Rule of Civil Procedure 26(e).

Any claim of privilege shall be made in accordance with the Federal Rules of Civil Procedure and the Local Rules.

## I.   DEFINITIONS

1. The terms "You," "Your" or the "Company" refers to Defendant CONOPCO, INC. d/b/a UNILEVER HOME & PERSONAL CARE USA, and each of its predecessors, successors, parents, subsidiaries, divisions and affiliates, or anyone acting or purporting to act on its behalf, including any of its respective directors, officers, managing agents, agents, employees, attorneys, accountants, or other representatives.

2. "FDA" shall mean the United States Food and Drug Administration.

3. "TRESemmé" or "the Product" shall mean any product sold under the brand name TRESemmé.

4. "DMDM" means DMDM hydantoin.

5. "Campaign", "Campaign for Safe Cosmetics", or "Safe Cosmetics" means the Campaign for Safe Cosmetics coalition, a project of BCPP (formerly the Breast Cancer Fund).

6. "Record Keepers" mean:

    (a) Patrizia Barone
    (b) David Blanchard
    (c) Pam Bloor
    (d) Esi Eggleston Bracey
    (e) Jane Brion
    (f) Peter Carew
    (g) Fabian Garcia
    (h) Alan Jope
    (i) Sam Lalljie
    (j) Tom Langan
    (k) Amy Levitt
    (l) Jack Linard
    (m) Paul Polman
    (n) Noah Segal
    (o) Richard Slater
    (p) Amanda Sourry
    (q) Jamie Stein, and
    (r) Meaghan Ward.

## DOCUMENTS REQUESTED

Plaintiffs hereby demand that You produce the following documents:

1.   Communications (including emails) to or from any of the Record Keepers concerning the Campaign for Safe Cosmetics, including its requests that Unilever remove formaldehyde or formaldehyde releasers from its products. Plaintiffs include within this request communications about the following letters from the Campaign for Safe Cosmetics:

   a. The 2004 letter from the Campaign for Safe Cosmetics asking Unilever to sign the Compact for Safe Cosmetics;

   b. The May 2009 letter from the Campaign for Safe Cosmetics to Unilever (including its CEO) saying, among other things, that "we hope you will take seriously the concerns that some Unilever products contain hazardous chemicals.";

   c. The September 2009 Campaign for Safe Cosmetics letter to Unilever;

   d  The October or November 2011 Campaign for Safe Cosmetics letter Unilever asking Unilever to pledge to remove formaldehyder-Releasing chemicals from its children's products globally. and

   e. The July 8, 2016 letter to Paul Polman, CEO of Unilever, with a copy to Tom Langan (External Affairs Director - North America) notifying Unilever, among other things, that there are a number of carcinogens, including DMDM, in Unilever's beauty products.

2.   Documents (including emails and other communications) from or to any of the Record Keepers concerning meetings between Unilever and the Campaign for Safe Cosmetics about the Campaign's attempt to get Unilever to remove formaldehyde or formaldehyde releasers from its products.

3.   Communications (including emails) to or from any of the Record Keepers concerning:

   a. Project Ocean

   b. Removing Formaldehyde or Formaldehyde releasers, including DMDM, from Unilever's personal care products, including shampoos and the Tresemme line of products;

    c. the cost (including the estimated financial impact) of reformulating Unilever products to remove Formaldehyde releasers (including DMDM) from the products;

    d. the <u>Reid</u> case, the settlement in the <u>Reid</u> case, or the claims that were submitted in the <u>Reid</u> settlement; and

    e. consumer complaints of injury, including hair loss, after using Tresemme.

4. Recordings of the following telephone calls to or from Unilever concerning hair loss and other injuries associated with Tresemme products as well as the documents, photographs, and communications concerning each claim:

**2017**

*CASE ID# 17584686*
*CASE ID# 17889047*
*CASE ID# 17879391*
*CASE ID# 18303460*
*CASE ID# 18823163*
*CASE ID# 19503196*
*CASE ID# 23829932*
*CASE ID# 24015892*

**2018**

*CASE ID# 26159275*
*CASE ID# 26192902*
*CASE ID# 26513552*
*CASE ID# 26934679*
*CASE ID# 27608031*
*CASE ID# 27751707*
*CASE ID# 28259932*

**2019**

*CASE ID# 29634303*
*CASE ID# 30228571*
*CASE ID# 30483442*

**2020**

*CASE ID# 32022733*
*CASE ID# 34137378*

*CASE ID# 34204028*
*CASE ID# 34289750*
*CASE ID# 34543934*
*CASE ID# 34787580*
*CASE ID# 34789827*
*CASE ID# 34790130*
*CASE ID# 34789327*
*CASE ID# 34800298*
*CASE ID# 34807572*

**2021**

*CASE ID# 34959737*
*CASE ID# 35067250*
*CASE ID# 34951307*
*CASE ID# 34959751*
*CASE ID# 34960869*
*CASE ID# 34959636*
*CASE ID# 34978539*
*CASE ID# 34978826*
*CASE ID# 35710907*
*CASE ID# 35780700*
*CASE ID# 36580088*

5. The case files, documents, communications, records, and recordings for the following complaints, including Unilever's communications about each case, the medical records and documents submitted by or for the consumer, any photographs submitted, and documents showing how the complaint was resolved with the consumer:

**2016**

*CASE ID# 15281019*

**2017**

*CASE ID# 23952117*

**2018**

*CASE ID# 27403079*

**2019**

*CASE ID# 30357847*

*CASE ID# 31601369*

**2020**

*CASE ID# 34811283*
*CASE ID# 34910044*
*CASE ID# 34809505*
*CASE ID# 34809583*
*CASE ID# 34801631*
*CASE ID# 34798268*
*CASE ID# 34811912*
*CASE ID# 34823128*
*CASE ID# 34790077*
*CASE ID# 34799374*

**2021**

*CASE ID# 34931295*
*CASE ID# 34941016*
*CASE ID# 35472190*
*CASE ID# 35078297*
*CASE ID# 36512528*
*CASE ID# 35044616*
*CASE ID# 35071540*
*CASE ID# 36553412*
*CASE ID# 35019528*

6. Minutes and documents concerning the meetings of the Preservative Steering Team (sometimes known as the Preservative Steering Committee) at which the Team (or Committee) discussed removing DMDM or formaldehyde releasers from shampoos or personal care products (including Tresemme). Plaintiffs include within this request any Preservative Steering Team or

Committee meetings, reports, or presentations discussing the Campaign for Safe Cosmetics or Project Ocean.

| | | |
|---|---|---|
| DATED: | New York, New York<br>May 30, 2023 | Respectfully submitted,<br><br>**SQUITIERI & FEARON, LLP** |
| | By: | /s/ Stephen J. Fearon, Jr.<br>Stephen J. Fearon, Jr.<br>Paul Sweeny<br>305 Broadway, 7th Floor<br>New York, New York 10007<br>Telephone: (212) 421-6492<br>Facsimile: (212) 421-6553<br>Email: stephen@sfclasslaw.com<br>Email: paul@sfclasslaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I served a copy of the accompanying

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** upon the

persons/entities listed below via electronic mail:

>Reynold Lambert
>Lowenstein Sandler PC
>One Lowenstein Drive
>Roseland, NJ 07068
>Telephone: (973) 597-6340
>rlambert@lowenstein.com

ATTORNEYS FOR DEFENDANT

By: /s/Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.