# DECLARATION OF JASON GIBBS

## ** Filed Under Seal **
## (Placeholder)