# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>  Plaintiff,<br><br>  -against-<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>  Defendant. | Case No. 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**DECLARATION OF<br>ALFONSO VALECILLOS** |

I, **ALFONSO VALECILLOS**, hereby declare as follows:

1. I am the Associate Director of Product Development for Defendant Conopco, Inc. ("Unilever"). I submit this Declaration in support of Unilever's Motion for Summary Judgment and Motion to Preclude Expert Testimony at Trial. I make this Declaration based on my personal knowledge, review of relevant documents, and discussions with Unilever employees.

2. Between 2016 and 2021 (the "Period"), Unilever manufactured for sale in the United States many different types of TRESemmé shampoos and conditioners (collectively, the "TRESemmé Products"). The formulation of the TRESemmé Products (including the TRESemmé Keratin line of shampoo and conditioner products (collectively, the "Keratin Line")) during the Period was not uniform,

including with respect to the preservatives known as DMDM hydantoin and Methylchloroisothiazolinone / Methylisothiazolinone ("MCI/MI").

3. During the Period, some TRESemmé Products (including the Keratin Line) had DMDM hydantoin and not MCI/MI; some TRESemmé Products (including the Keratin Line) had MCI/MI and not DMDM hydantoin; some TRESemmé Products (including the Keratin Line) had both DMDM hydantoin and MCI/MI; and some TRESemmé Products (including the Keratin Line) had neither DMDM hydantoin nor MCI/MI.

4. TRESemmé Products that included DMDM hydantoin as a preservative identified the presence of DMDM hydantoin as an ingredient on the label. TRESemmé Products that included MCI/MI as a preservative identified the presence of MCI/MI as an ingredient on the label.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Alfonso Valecillos
Director of Product Development
Conopco, Inc.

Dated: June 27, 2025