## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>Plaintiff,<br><br>-against-<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>Defendant. | Case No. 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**DECLARATION OF<br>ERNEST S. FUNG, PH.D., DABT** |

I, **ERNEST S. FUNG,** hereby declare as follows:

1. I have been retained as an expert witness by Defendant Conopco, Inc. ("Unilever"). I submit this Declaration in support of Unilever's Motion for Summary Judgment and Motion to Preclude Expert Testimony at Trial.

2. As part of my retention, I have written a report in rebuttal to the expert report of Dr. Marc Serota. A true and correct copy of my report is attached hereto as **Exhibit A**.

3. My report contains the summary of the opinions that I would offer at trial in this matter, and I hereby adopt the statements and opinions made in my report, under oath, as if I were testifying in court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2025

_____
Ernest S. Fung, PH.D., DABT