# EXHIBIT A to Declaration of Ernest S. Fung, Ph.D., DABT

## ** Filed Under Seal **
## (Placeholder)