UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>                    Defendant. | Case No. 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**DECLARATION OF JOEL G. DEKOVEN, MD, MHSC, FRCPC** |

I, **JOEL G. DEKOVEN**, hereby declare as follows:

1. I have been retained as an expert witness by Defendant Conopco, Inc. ("Unilever"). I submit this Declaration in support of Unilever's Motion for Summary Judgment and Motion to Preclude Expert Testimony at Trial.

2. As part of my retention, I have written a report in rebuttal to the expert report of Dr. Marc Serota. A true and correct copy of my report is attached hereto as **Exhibit A**.

3. My report contains the summary of the opinions that I would offer at trial in this matter, and I hereby adopt the statements and opinions made in my report, under oath, as if I were testifying in court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 19, 2025

_____
Joel G. DeKoven, MD, MHSc, FRCPC