# EXHIBIT A to Declaration of Joel G. DeKoven, MD, MHSC, FRCPC

## ** Filed Under Seal **
## (Placeholder)