# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought before the Court by way of motion of Lowenstein Sandler LLP, counsel for Defendant Conopco, Inc., seeking the entry of an order for summary judgment and dismissal of Plaintiff's Complaint in its entirety, and the Court having reviewed the briefs, declarations, and arguments of counsel, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2025:

**ORDERED** that Defendant's Motion for Summary Judgment is hereby **GRANTED**;

**ORDERED** that Plaintiff's Complaint is dismissed in its entirety with prejudice; and

**ORDERED** that a copy of this Order shall be served upon all attorneys of record within seven (7) days of the date hereof.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jamel K. Semper, U.S.D.J.