# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY SCHAFER,<br><br>                    Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>                    Defendant. | Case No.: 2:23-cv-00348-JKS-MAH<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on June 30, 2025, I caused the following documents to be electronically filed with the Clerk of Court and served on all counsel of record via ECF:

1. Notice of Motion for Summary Judgment;

2. Defendant's Memorandum of Law;

3. Statement of Undisputed Material Facts;

4. Declaration of Reynold Lambert;

5. Declaration of Jason Gibbs;

6. Declaration of Alfonso Valecillos;

7. Declaration of Joel DeKoven, MD, MHSC, FRCPC;

8. Declaration of Ernest S. Fung, PH.D., DBAT

9. Proposed Order; and

10. This Certificate of Service.

By: *s/Reynold Lambert*
Reynold Lambert
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*